**Juan Ramon TORRES; Eugene Robison, Plaintiffs– Appellees**

v.

**S.G.E. MANAGEMENT, L.L.C.; Stream Gas & Electric, L.T.D.; Stream S.P.E. G.P., L.L.C; Stream S.P.E., L.T.D.; Ignite Holdings, L.T.D; et al, Defendants–Appellants.**

**No. 14–20128.**

United States Court of Appeals, Fifth Circuit.

March 12, 2016.

Thomas C. Goldstein, Eric Franklin Citron, Goldstein & Russell, P.C., Bethesda, MD, Brent Taylor Caldwell, Esq., Matthew J.M. Prebeg, Ph.D., Prebeg, Faucett & Abbot, P.L.L.C., Scott M. Clearman, Esq., Clearman Law Firm, P.L.L.C., Houston, TX, Andrew Jack Kochanowski, Sommers Schwartz, P.C., Southfield, MI, for Plaintiffs–Appellees.

James C. Ho, Esq., Prerak Shah, Assistant Solicitor General, Gibson, Dunn &

Crutcher, L.L.P., Dallas, TX, for Defendants–Appellants.

Harry Max Reasoner, Esq., Houston, TX, John Patrick Elwood, Joshua Stephen Johnson, John W. Webb, Kathryn Cornerford Todd, Mary Ellen E. Signorille, Senior Attorney, Craig G. Goodman, Washington, DC, Robert Brooks Gilbreath, Dallas, TX, for Amicus Curiae.

Before STEWART, Chief Judge, JOLLY, DAVIS, JONES, SMITH, DENNIS, CLEMENT, PRADO, OWEN, ELROD, SOUTHWICK, HAYNES, GRAVES, HIGGINSON and COSTA, Circuit Judges.

BY THE COURT:

A member of the court having requested a poll on the petition for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.